# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRANDON LAMONT JENKINS, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>DAVID MILLER, Warden, )<br>)<br>Respondent. ) | Case No. CIV-09-1071-M |

## ORDER

On September 30, 2009, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that this action be transferred to the United States District Court for the Northern District of Oklahoma. The parties were advised of their right to object to the Report and Recommendation by October 20, 2009. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on September 30, 2009, and

(2) TRANSFERS this action to the United States District Court for the Northern District of Oklahoma.

**IT IS SO ORDERED this 12th day of November, 2009.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE